463 A.2d 54

Commonwealth v. Bennett, Appellant.

Submitted March 24, 1983. Jeffrey M. Cook, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.